**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| JOSE HERCULES MALDONADO, | ) | |
| | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-2481 (RDA/WBP) |
| | ) | |
| PAUL PERRY, *et al.*, | ) | |
| | ) | |
| *Respondents.* | ) | |
| | ) | |

**ORDER**

Upon consideration of the Federal Respondents' Motion for Partial Vacatur Based on Intervening Events (Dkt. 9), and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that this Court's Order of August 10, 2026 (Dkt. No. 2), to the extent that it precluded Respondents from removing Petitioner from this district, is hereby VACATED.

It is SO ORDERED.

Alexandria, Virginia
September 3, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge